**Order entered May 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01440-CR
No. 05-15-01441-CR

**KAFIR DESHAWN KABBARA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60312-V, F14-60313-V**

## ORDER

In cause no. 05-15-01440-CR, appellant was convicted of aggravated assault with a deadly weapon. In cause no. 05-15-01441-CR, appellant was convicted of evading arrest or detention in a motor vehicle. Although appellant filed one brief with both cause numbers, the brief raises an issue regarding only the evading arrest or detention conviction. Appellate counsel is retained and may not file an *Anders* brief, and counsel has not moved to withdraw on cause no. 05-15-01440-CR because the appeal is frivolous. *See McCoy v. Court of Appeals of Wis., Dist. 1*, 487 U.S. 429 (1988).

Accordingly, we **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, either an amended brief that raises issues on the merits as to both cases, or a motion to

withdraw as appellate counsel in cause no. 05-15-01440-CR that explains why counsel cannot file a brief regarding the aggravated assault conviction.

We **DIRECT** the Clerk to send copies of this order to Niles Illich and the Dallas County District Attorney's Office.

/s/     ADA BROWN
             JUSTICE